# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-17496 (VFP) |
| LAURENCE M. BRAUNSTEIN, | Chapter: 7 |
| Debtor. | Adv. Pro. No.: 20-01298 |
| | Judge: Vincent F. Papalia, U.S.B.J. |

ERIC R. PERKINS, CHAPTER 7 TRUSTEE,

    Plaintiff

v.

BANK OF AMERICA

    Defendant

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

    Eric R. Perkins, Esq., Chapter 7 Trustee in this case proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you may file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than seven (7) days before the hearing date.

| Address of the Clerk: | Mail<br>P.O. Box 1352<br>Newark, New Jersey 07102-1352<br>Hand Delivery/Overnight Mail<br>Martin Luther King Jr. Courthouse<br>50 Walnut Street, Third Floor<br>Newark, New Jersey 07102<br>Or by electronic filing by registered users of the CM/ECF System. |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on **January 6, 2021** at **10:00 a.m.** at the United States Bankruptcy Court, courtroom no. 3B, M.L. King Jr. Courthouse, 50 Walnut Street, Newark, New Jersey 07102. If no objection is filed the clerk will enter a *Certificate of No Objection*, the settlement may be completed as proposed.

| Nature of action | The Trustee alleges that Defendant Bank of America ("Defendant") was the recipient of certain non-exempt avoidable money transfers from the Debtor Laurence Braunstein and seeks in his Complaint to recover said transfers pursuant to, among other things, 11 U.S.C. § 548. |
|---|---|
| Pertinent terms of settlement: | Defendant has agreed to pay the Trustee a sum of Eight Thousand Three Hundred and Four Dollars and Forty-Five Cents ($8,304.45), and, in exchange, the Trustee will provide a general release to Defendant of any and all claims on behalf of the Estate that are the subject of the Trustee's Adversary Complaint. The funds shall be paid to the Trustee within thirty (30) days of the Bankruptcy Court's approval of this agreement. |

Case 20-01298-VFP    Doc 10    Filed 12/03/20    Entered 12/03/20 12:53:56    Desc Main
Document      Page 2 of 2

Objections must be served on, and requests for additional information directed to:

NAME: Barry S. Crane, Esq., Becker LLC

ADDRESS: 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039

TELEPHONE: (973) 422-1100